■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID M. SCANLON, Appellant. [38 NYS3d 437]—Appeal by the defendant from a judgment of the County Court, Orange County (DeRosa, J.), rendered July 15, 2013, convicting him of burglary in the third degree, upon his plea of guilty, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the defendant's contention, the record demonstrates that he knowingly, voluntarily, and intelligently waived his right to appeal (*see People v Sanders*, 25 NY3d 337, 341-342 [2015]; *People v Ramos*, 7 NY3d 737, 738 [2006]). The defendant's valid waiver of his right to appeal precludes appellate review of his contention that the sentence imposed was excessive (*see People v Lopez*, 6 NY3d 248, 255-256 [2006]). Rivera, J.P., Chambers, Roman and Hinds-Radix, JJ., concur.